# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lareine Udell Steinfeld

                      Plaintiff,

v.                                        Case No.: 1:20−cv−05838
                                        Honorable Jeffrey I Cummings

Jones Lang Lasalle Americas, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

        MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons stated in the accompanying Memorandum Opinion and Order, defendant's motion for evidentiary sanctions [166], is granted in part and denied in part. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.